IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60053
Summary Calendar
_____

THERAL DARNELL TERRY,

Plaintiff-Appellant,

versus

STEVE PUCKETT; EDWARD HARGETT,
SUPERINTENDENT, MISSISSIPPI STATE
PENITENTIARY; JOAN ROSS,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-303-D-A
- - - - - - - - - - -

April 26, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Theral Darnell Terry appeals from the district court's dismissal of his civil rights complaint pursuant to Fed. R. Civ. P. 12(b)(6). He contends that he was denied a classification hearing before an impartial classification committee, that he was not provided with a written statement of the reasons for the change in his classification, that he was denied his annual

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

classification hearing, and that his placement in close confinement prevents him from earning good-time credits. We have reviewed the record and, construing the dismissal as pursuant to 28 U.S.C. § 1915(d), find no reversible error. <u>See</u> <u>Holloway v. Gunnell</u>, 685 F.2d 150, 152 (5th Cir. 1982). Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.